United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CALVIN J. CALVIN,

Plaintiff,

vs.

ORANGE COUNTY SHERIFF'S DEPARTMENT, et al.,

Defendants.
_______________________________________/

No. C 13-03012 YGR (PR)

**ORDER OF TRANSFER**

Plaintiff has filed a *pro se* civil rights action pursuant to 42 U.S.C. § 1983.

The acts complained of occurred in Orange County, which is located in the Central District of California, and it appears that Defendants reside in that district. Venue, therefore, properly lies in that district and not in this one. *See* 28 U.S.C. § 1391(b).

Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is TRANSFERRED to the Southern Division of the United States District Court for the Central District of California. The Clerk of the Court shall transfer the case forthwith. All remaining motions are TERMINATED on this Court's docket as no longer pending in this district.

IT IS SO ORDERED.

DATED: August 30, 2013

YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT COURT JUDGE