JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| CALVIN J. CALVIN, | ) | No. SACV 13-1393-GHK(CW) |
| Plaintiff, | ) | JUDGMENT |
| v. | ) | |
| ORANGE COUNTY SHERIFF'S DEP'T, et al., | ) | |
| Defendants. | ) | |

**IT IS ADJUDGED** that this action is dismissed with prejudice.

DATED:   1/8/15

_____
GEORGE H. KING
Chief United States District Judge

1